FILED

JAN 2 9 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) No. | **4:15CR0040 CEJ/NAB** |
| CHRISTOPHER W. WHITAKER, | ) ) | |
| Defendant. | ) ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about November 1, 2013, and on or about July 26, 2014, within the Eastern District of Missouri and elsewhere, the defendant,

**CHRISTOPHER W. WHITAKER,**

the defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with a minor, in violation of Title 18, United States Code, Section 2423(b).

### COUNT II

The Grand Jury further charges that:

Between on or about November 1, 2013, and on or about July 26, 2014, within the Eastern District of Missouri and elsewhere, the defendant,

**CHRISTOPHER W. WHITAKER,**

the defendant herein, did use any facility and means of interstate commerce with the intent to transmit the name, telephone number and address of another individual who had not attained the

age of sixteen (16), and the defendant did so with the intent to entice and encourage that person to engage in sexual activity, in violation of Missouri Revised Statute, Section 566.064, and in violation of Title 18, United States Code, Section 2425.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney